DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID E. DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-175

[June 17, 2021]

Appeal of an order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward Rodgers, Judge; L.T. Case No. 85-3606 CFA02.

David Earl Davis, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***